# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | |
|---|---|
| MELVIN L. BEASLEY, ) | |
| ) | |
| Petitioner, ) | Cv. No. 15-2168-RHC √ |
| ) | Cr. No. 10-20257-RHC |
| vs. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## ORDER GRANTING MOTION TO RELEASE TRIAL COUNSEL FROM ATTORNEY CLIENT PRIVILEGE

Before the Court is the Motion to Release Trial Counsel from Attorney-Client Privilege filed by Respondent on April 10, 2015, and, based upon the Motion, and the entire record in this cause, the Court finds that the Motion is well taken, and should be GRANTED.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED BY THE COURT:**

That K. Jayaraman, as trial counsel in this matter, is hereby released from Attorney-Client Privilege, such that he is hereby allowed to submit an affidavit of trial counsel or other such documents as necessary for Respondent to adequately respond to Petitioner's Motion under 28 U.S.C. §2255, and additionally that the United States be afforded up to an including twenty-eight (28) days after the filing of K. Jayaraman's affidavit in which to respond to the Petitioner's Motion under 28 U.S.C. §2255.

IT IS SO ORDERED.

This date: May 8, 2015

s/Robert H. Cleland
HONORABLE ROBERT H. CLELAND
UNITED STATES DISTRICT COURT